**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DOLPH FINLEY #075033** | **CIVIL DOCKET NO. 1:23-1464 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **LOUISIANA DEPARTMENT OF CORRECTION** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers on this 27th day of February, 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**